UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Charles Becoat,<br><br>    Plaintiff<br><br>v.<br><br>Nevada NDOC, et al.,<br><br>    Defendants | 2:15-cv-02145-JAD-CWH<br><br>**Order Denying Motion to Vacate Dismissal**<br><br>[ECF 12] |

On December 21, 2015, Magistrate Judge Hoffman ordered the Clerk of Court to close this case in light of plaintiff's filings in case 2:15-cv-2272-GMN-GWF, which revealed that this case was opened in error.[1]

On April 12, 2016, plaintiff filed a motion to vacate dismissal and listed three case numbers in the caption: 2:15-cv-2272-GMN-GWF, 2:15-cv-2144-JCM-PAL, and 2:15-cv-2145-JAD-CWH. However, plaintiff's motion appears to be directed at case 2:15-cv-2272-GMN-GWF because that case number is written on the top of each page.[2] In the motion, plaintiff states that he did send the financial certificate to the court but that the court never received it.[3]

I deny plaintiff's motion to vacate dismissal in this case because plaintiff's motion is clearly directed at 2:15-cv-2272-GMN-GWF. In that case, Magistrate Judge Foley twice denied plaintiff's application to proceed *in forma pauperis* as incomplete and directed him to file a completed application.[4] When plaintiff failed to file a completed application, Judge Navarro dismissed his case for failing to do so.[5] And plaintiff has an identical motion to vacate dismissal pending in that case.

---

[1] ECF No. 5.

[2] *Id.* at 1–12.

[3] *Id.* at 1–2.

[4] 2:15-cv-2272-GMN-GWF, ECF No. 2, 9.

[5] *Id.* at ECF No. 10.

**Conclusion**

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to vacate dismissal **[ECF 5] is DENIED**.  This case is closed and no further filings will be entertained.

Dated April 20, 2016.

_____
Jennifer A. Dorsey
United States District Judge